MC-275

Name **GREGORY A. LYONS**
Address **3375784**
**TERMINAL ANNEX**
**P.O. BOX 86164**
**LOS ANGELES CALIF. 90086**
CDC or ID Number **3375784**

FILED
2013 MAR 15 PM 3:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___ MAD

FEE DUE MAD

LODGED
CLERK, U.S. DISTRICT COURT
MAR 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**Central District of California**
(Court)

**GREGORY A. LYONS**
Petitioner
vs.
**People of The State of California**
Respondent

(30)

PETITION FOR WRIT OF HABEAS CORPUS

No. **CV13-01881-MWF (DTB)**
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS — READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies.

- If you are filing this petition in the California Supreme Court, file the original and thirteen copies.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rules 56.5 and 201(h)(1) of the California Rules of Court [as amended effective January 1, 1999]. Subsequent amendments to Rule 44(b) may change the number of copies to be furnished the Supreme Court and Court of Appeal.

Form Approved by the
Judicial Council of California
275 [Rev. January 1, 1999]

**PETITION FOR WRIT OF HABEAS CORPUS**

Page one of six
Penal Code, § 1473 et seq.;
Cal. Rules of Court, rules 56.5, 201(h)

This petition concerns:

- [x] A conviction
- [x] A sentence
- [x] Jail or prison conditions
- [ ] Parole
- [x] Credits
- [ ] Prison discipline
- [x] Other (specify): Violation of Title VII of the Civil Rights Act of 1964 (Retaliation) Violation of 28 USC 1654. Violation of 8th Amendment

1. Your name: Gregory Aristotle Lyons

2. Where are you incarcerated? Los Angeles County Jail

3. Why are you in custody? [x] Criminal Conviction  [ ] Civil Commitment

    Answer subdivisions a. through i. to the best of your ability.

    a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

    During the Appeals process in case No B237428 I was charged with 33 counts of violating 273.6(A) of the Calif Penal Code

    b. Penal or other code sections: 273.6(A)

    c. Name and location of sentencing or committing court: Airport Court House 11701 S La Cienega Blvd Los Angeles Calif 90045

    d. Case number: 2WA00963

    e. Date convicted or committed: July 25, 2012 and Jan 8, 2013

    f. Date sentenced: July 25 2012 and Jan 8, 2013

    g. Length of sentence: Six years

    h. When do you expect to be released? May of 2015

    i. Were you represented by counsel in the trial court? [x] Yes  [ ] No. If yes, state the attorney's name and address:
    Shanice B Francis 11701 S La Cienega Blvd LA Calif 90045 Deputy Public Defender

4. What was the LAST plea you entered? (check one)

    [x] Not guilty  [ ] Guilty  [ ] Nolo Contendere  [ ] Other: ____

5. If you pleaded not guilty, what kind of trial did you have?

    [x] Jury  [x] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

MC-275 [Rev. January 1, 1999]

**PETITION FOR WRIT OF HABEAS CORPUS**

Page two of six

## GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." (If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)

Violation of Title VII of The Civil Rights Act of 1964 (Retaliation) Violation of my 5th 6th 8th and 11th Amendment of US Constitution. Violation of 28 U.S.C. 1654

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. If necessary, attach additional pages. CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time (when) or place (where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

On Dec 31, 2009 I retained an attorney, and filed a wrongful termination lawsuit against my former employer case no BC429084. The former employers Attorney of record Keith Allen Fink and Olaf Muller filed (six TROs) against me. BS010200, NS020604, NS023726, NS023727, NS023728, and NS023758. I filed a complaint for violation of Civil Rights under (CV11-4823-MWF DTB). On Nov 18, 2011 I filed a Notice of Appeal B237428 with the Second District Court of Appeal. On May 11, 2012 I was arrested and held on 33 counts of violation of 273.6(A) because I contacted the Attorney of record Keith Fink during the appeals process

b. Supporting cases, rules, or other authority (optional):
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

7. Ground 2 or Ground ____ (if applicable):

Violation of Title VII of civil rights act of 1964 C Retaliation Double Jepardey

a. Supporting facts:

b. Supporting cases, rules, or other authority:

MC-275 [Rev. January 1, 1999]

**PETITION FOR WRIT OF HABEAS CORPUS**

Page four of six

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes. ☐ No. If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): Appellate Court 111 N 1H11 St LA Calif 90012 2nd District Court of Appeal
   b. Result: Pending
   c. Date of decision: ___
   d. Case number or citation of opinion, if known: BR050509 & BR050319
   e. Issues raised: (1) Double Jepordey, Violation of CCP47
      (2) Violation of L & 11 Amendment of Constitution
      (3) ___
   f. Were you represented by counsel on appeal? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known: Andrew Smyth · 4929 Wilshire Blvd #690 LA CA 90010
   Richard Rome 7100 Hayvenhurst Ave PHC Van Nuys CA 91406

9. Did you seek review in the California Supreme Court? ☒ Yes. ☐ No. If yes, give the following information:
   a. Result: Denied
   b. Date of decision: March 6, 13
   c. Case number or citation of opinion, if known: ___
   d. Issues raised: (1) Double Jepordey
      (2) Violation of Title VII
      (3) ___

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
    Attorney rome told me to wait for six months before he could do the appeal

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:
    I have filled out the enclosed documents concerning denial of bedding, retaliation, medical, threats, abuse Harassment, and each time the deputies Just Laugh.

    b. Did you seek the highest level of administrative review available? ☒ Yes. ☐ No.
    Attach documents that show you have exhausted your administrative remedies.

MC-275 [Rev. January 1, 1999]

PETITION FOR WRIT OF HABEAS CORPUS

Page five of six

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes. If yes, continue with number 13.   ☐ No. If no, skip to number 15.

13. a. (1) Name of court: **2nd District Court of Appeal**

   (2) Nature of proceeding (for example, "habeas corpus petition"): **Appeal**

   (3) Issues raised: (a) **Double Jepordey**

   (b) **Violation of Title VII**

   (4) Result (Attach order or explain why unavailable): **Pending B237428**

   (5) Date of decision:

b. (1) Name of court: **The Appellate Division**

   (2) Nature of proceeding: **Habeous Corpus 12011**

   (3) Issues raised: (a) **Double Jepordey**

   (b)

   (4) Result (Attach order or explain why unavailable): **Denied In Mail**

   (5) Date of decision: **March 1, 2013**

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result.

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.) **None**

16. Are you presently represented by counsel? ☒ Yes   ☐ No. If yes, state the attorney's name and address, if known:
**Andrew Smyth 4929 Wilshire Blvd #690 LA Calif 90010**
**Richard D Rome 7100 Hayvenhurst Ave PHC Van Nuys Ca 91406**

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes   ☐ No. If yes, explain:
**Appeal In 2nd District Court of Appeal B237428**
**Appeal In Appellate Court In Writ St LA Civ-312**

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court.
**Exhusted my remdies In both Courts Concerning Double Jepordey Issue and Title VII violation**

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: **March 7, 2013**

(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 1999]   **PETITION FOR WRIT OF HABEAS CORPUS**   Page six of six

## Supporting Facts.

In case no B237428. My Bail was set at $500,000. dollars. I was informed by the Hon Edward Moreton, Trial Judge in case No 2WA00963. That if convicted I would get a maxium sentence on each count. I repersented myself in Pro-Per. I was not allowed to call "any" witnesses. I was convicted by a Jury. on July 25, 2012. I was given a sentence of Six years in the county Jail sentence to run consective, Five years suspended, drop my appeal in case No B237428. 5 years counsling, protective order, House can be searched with or without a warrant, and I was to drop case no CV-11-4823 MWF (DTB), On Aug 2, 2012 I reported several Jail Deputies, for Drug sales and for burning the Gunin, at Wayside Calif.

On Sept 2, 2012 I met with the D.O.J. people and reported the same Deputies concerning the burning of the Gunin and Drugs at Wayside Jail.

On Oct 30, 2012 I was released, after 173 Days in Jail. I was the ordered to

(1)

Supporting Facts

report to Dept 143 within 48 hours of my release. On Oct 31, 2012 I was contacted by Keith Allen Fink. I was given a choice, drop my appeals in case No B237428 and case No CV11-4823 MWF ~~when~~ or face 5 years in jail. When I declined, I was arrested on Nov 2, 2012 and my bail was set at $100,000 dollars based on (1) Email that Keith Fink claimed I sent to a friend of his.

On Nov 5, 2012 I filed a Notice of Appeal concerning the $100,000 bail.

On Nov 20, 2012, Keith Fink hired Dr Glasier, D. and my bail was raised to $500,000 based on the ~~opinion~~ opinion of Dr Glasier. On Nov 20, 2012 I was remaned back to jail and held in total isolation, no visit from anyone except my Attorney. Between Nov 20 2012 through Jan 8, 2013, I was given a choice of 5 years in jail or drop my appeal in case No CV11-4823 MWF and B237428. When I refused to drop my appeal the Judge (Moreton) gave me 5 years in jail (consective) followed by 5 years probation

(2)

Supporting fact

I requested bail, and I requested to file a 3rd Notice of Appeal in Case No ~~████~~ 2WA02062. The Appellate Division of the Los Angeles Superior Court turned me down, as did the California Supreme Court Case No BX001307.

I am being held in max security, I am denied Trusty status, School, Low Sodium Diet, Medical and dental, I have suffered beatings from Deputies, I have not been given credit for the 173 days in jail plus 50 days

(3)

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
SECOND APPELLATE DISTRICT
DIVISION: 5

DATE: February 6, 2013

Gregory Lyons
Booking #: 3375784
Los Angeles County Jail
P.O. Box 86164
Los Angeles, Ca. 90086

HEALTH-SMART PACIFIC, INC.,
Plaintiff and Respondent,
v.
GREGORY ARISTOTLE LYONS,
Defendant and Appellant.

B237428
Los Angeles County No. NS023726
Los Angeles County No. NS023758

THE COURT:

Mr. Lyons' letter dated February 1 requesting permission to attend oral argument is read and considered. All requests are denied.

cc: File

[X] Place an X in the box if this is an emergency *(see back for additional information)*
*Coloque una X en la casilla si esto es una emergencia (reflérase al reverso)*

See the back of the pink copy for instructions.
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
Only one Request or complaint per form.
*Solamente UNA solicitud o queja por forma.*

| | | | | |
|---|---|---|---|---|
| Gregory A. Lyons | 3375784 | TT1-B-7 | 15-7 | 2-2-13 |

- [ ] ADA Coordinator
- [ ] Education Representative
- [ ] V.A. Representative
- [ ] Chaplain
- Religion: _____
- [ ] Mental Health *(Place in provided envelope)*
- [ ] Medical Staff *(Place in provided envelope)*
- [ ] Dentist *(Place in provided envelope)*
- [ ] Dietician
- [ ] Other: _____

- [ ] ADA Accommodation
- [ ] Special Education - IEP
- [ ] Voting Information
- [ ] To be an inmate worker
- [ ] To be a station worker
- [ ] Substance abuse treatment
- [ ] My release date
- [ ] My account balance
- [ ] A hair cut
- [ ] Commissary
- [ ] Legal forms
- [ ] Library time
- [ ] Fire Camp Information

- [ ] ADA
- [X] A staff member
- [ ] Living conditions
- [ ] Medical Services
- [ ] Mental Health
- [ ] Dental
- [ ] Dietary
- [ ] Other: _____

On Jan 31, 2013 I spoke with Sgt [illegible] and Sgt [illegible] concerning a verbal complaint I had [illegible] in SCI ICI CC12. The interview was recorded in the visiting area between 2:40 & the vgn 3:15 p.m. [illegible] escorted me to and from my cell C-14 Twin Towers. When the interview was over Sgt [illegible] requested that I be taken to medical concerning my [illegible] which told Sgt [illegible] and Sgt [illegible] before. Left they escorted me back to my cell, C-14, and I heard [illegible] you Lyons, don't you [illegible] and [illegible] you [illegible] on a [illegible] you will end up dead. The [illegible] I am taking you to medical is when you a [illegible]. You will not last very long in this jail. [illegible] in my cell but [illegible] [illegible] [illegible] I [illegible] switch you can either go to L.C.M.C. or I will [illegible] I do [illegible] if at [illegible] flies with this [illegible]

---

FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE

Assigned To: [ ] Medical Services [ ] Dental [ ] Mental Health [ ] Food Services [ ] Inmate Services [ ] CTU

Name Of Person Handling Request/Complaint For Service [ ] Request For Service [ ] Personnel Complaint [ ] Service Complaint [ ] Other Facility

[X] Place an X in the box if this is an emergency (see back for additional information).
*Coloque una X en la casilla si esto es una emergencia (refiérase al reverso para obtener información adicional).*

See the back of the pink copy for instructions.
All complaints must be filed within 15 calendar days.
All appeals must be filed within 7 calendar days.
Only one Request or complaint per form.
*Solamente UNA solicitud o queja por forma.*

**INMATE'S NAME:** GREG LYONS   3375784   MCJ 5900   5900-56   2-20-13

- [ ] ADA Coordinator
- [ ] Education Representative
- [ ] V.A. Representative
- [ ] Chaplain
- Religion: _____
- [ ] Mental Health (Place in provided envelope)
- [ ] Medical Staff (Place in provided envelope)
- [ ] Dentist (Place in provided envelope)
- [ ] Dietician
- [ ] Other: _____

- [ ] ADA Accommodation
- [ ] Special Education - IEP
- [ ] Voting Information
- [ ] To be an inmate worker
- [ ] To be a station worker
- [ ] Substance abuse treatment
- [ ] My release date
- [ ] My account balance
- [ ] A hair cut
- [ ] Commissary
- [ ] Legal forms
- [ ] Library time
- [ ] Fire Camp Information

- [ ] ADA
- [X] A staff member
- [ ] Living conditions
- [ ] Medical Services
- [ ] Mental Health
- [ ] Dental
- [ ] Dietary
- [ ] Other: _____

ON 2/20/13 MY Attorney came to visit me at 6:30pm. I got the pass from the booth office. I requested to go on the pass because the attorney room closes at 7:00pm. The booth officer denied my request and said that I was to wait until after the wayside line left. I again made a verbal inmate request and the booth officer told me to go and fuck myself, that he would make me wait until count time. I have several witnesses to this fact. The booth officer is a custody asst who should be suspended and fired on the spot. The attorney was bringing me evidence for my lawsuit. #23?425

------- FOR DEPARTMENT USE ONLY - DO NOT WRITE BELOW THIS LINE -------

Assigned To: [ ] Medical Services  [ ] Dental  [ ] Mental Health  [X] Food Services  [ ] Inmate Services  [ ] CTU

Name Of Person Handling Request/Complaint For Service   [ ] Request For Service   [ ] Personnel Complaint   [X] Service Complaint   [ ] Other Facility

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE COMPLAINT / SERVICES REQUEST FORM

### Instructions:

Fill out the portion below as completely as possible. Place an "X" in the appropriate box. Once completed, tear off the last copy for yourself and then place the original and the second copy into the "Request / Complaint Form" box. Some of the choices may or may not apply to you or your facility.

**Only one request per form.**

| | | | | |
|---|---|---|---|---|
| GREGORY LYONS | 3375784 | MCJ | 5900-54 | 2-24-13 |

### I WOULD LIKE TO SPEAK WITH A:

[X] **Medical Staff regarding:** Special Diet / Meds

[ ] **Mental Health** (Circle all that apply)
Speak to a clinician, inquire about medication, or other: _____

[ ] **Dentist regarding:** _____

[ ] **Inmate Services**
[ ] Chaplain:
Religious Preference _____
Language _____
[ ] Education Representative  [ ] V.A. Representative

[ ] **Other:** _____

[ ] **Release Planner from the Community Transition Unit** (Circle all that apply).
Information on any court ordered classes (domestic violence, parenting, substance abuse assistance), education programs, job training, housing, medical health, mental health, transportation to a shelter or drug rehab programs, social security benefits, or religious services.

### REQUEST TO SPEAK WITH THE APPROPRIATE PERSON REGARDING:

[ ] Becoming an inmate worker.
[X] Becoming an inmate station worker.
[ ] Attending school while in custody.
[ ] Attending substance abuse treatment while in custody.
[ ] Other: _____
[ ] Voter Information

### REQUEST FOR INFORMATION:

[ ] When is my release date?  [ ] When is my next court date?  [ ] What is my account balance?  [ ] Other: _____

### I WOULD LIKE TO RECEIVE:

[X] Haircut (Indigent / No Funds)  [ ] Writing materials (Indigent / No Funds)  [ ] Commissary  [ ] Shoes  [ ] Other: _____ Specify
[ ] Library time (May or may not apply to your facility)  [ ] Law Library time  [ ] Legal forms _____ Specify

### I HAVE THE FOLLOWING REQUEST / COMPLAINT:
(If this is a complaint, include dates, times, and names of persons involved. Attach additional pages if needed.)

On Jan 24, 2013 I made a request for a low sodium diet. I was informed it would take 48hrs before my request would [illegible]. I saw nurse 13 [illegible] to see the doctor for a cold [illegible] chronic med. I was told by the nurse that the next appointment available is Sept 2013. On Jan 31, 2013 I gave [illegible] to [illegible] [illegible]. As of today I have been denied this request. I requested [illegible] [illegible] [illegible] [illegible] [illegible] could not ear pork.

-----FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE-----

**Assigned To:**  [ ] Medical Services  [ ] Dental  [ ] Mental Health  [ ] Food Services  [ ] Inmate Services  [ ] CTU

**Name Of Person Handling Request / Complaint For Service**  [ ] Request For Service  [ ] Personnel Complaint  [ ] Service Complaint  [ ] Other Facility

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE COMPLAINT / SERVICES REQUEST FORM

### Instructions:

Fill out the portion below as completely as possible. Place an "X" in the appropriate box. Once completed, tear off the last copy for yourself and then place the original and the second copy into the "Request / Complaint Form" box. Some of the choices may or may not apply to you or your facility.

**Only one request per form.**

| GREG LYNS | 3375784 | MCJ | 5900-56 | 2/24/13 |

### I WOULD LIKE TO SPEAK WITH A:

[X] **Medical Staff regarding:** _____

[ ] **Mental Health** (Circle all that apply)
Speak to a clinician, inquire about medication, or other: _____

[ ] **Dentist regarding:**

[ ] **Inmate Services**

[ ] **Chaplain:**
Religious Preference _____
Language _____

[ ] Education Representative   [ ] V.A. Representative

[ ] Other: _____

[ ] **Release Planner from the Community Transition Unit** (Circle all that apply).
Information on any court ordered classes (domestic violence, parenting, substance abuse assistance), education programs, job training, housing, medical health, mental health, transportation to a shelter or drug rehab programs, social security benefits, or religious services.

### REQUEST TO SPEAK WITH THE APPROPRIATE PERSON REGARDING:

[ ] Becoming an inmate worker.
[ ] Becoming an inmate station worker.
[ ] Attending school while in custody.
[ ] Attending substance abuse treatment while in custody.
[ ] Other: _____
[ ] Voter Information

### REQUEST FOR INFORMATION:

[ ] When is my release date?  [ ] When is my next court date?  [ ] What is my account balance?  [ ] Other: _____

### I WOULD LIKE TO RECEIVE:

[ ] Haircut (Indigent / No Funds)  [ ] Writing materials (Indigent / No Funds)  [ ] Commissary  [ ] Shoes  [ ] Other: _____ Specify
[ ] Library time (May or may not apply to your facility)  [ ] Law Library time  [ ] Legal forms _____ Specify

### I HAVE THE FOLLOWING REQUEST / COMPLAINT:
(If this is a complaint, include dates, times, and names of persons involved. Attach additional pages if needed.)

On 2/22/13 The morning Nurse informed me that my Nighttime meds were dropped from the computer, I made a request for Motrin (stat) I was told to wait until June 2013 for an appointment. I then made a request for a cold set up because of the Flu and Chest cold I was told to wait until June 2013 for the doctor for any request by the morning nurse I have signed up many to see the doctor

-----FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE-----

Assigned To: [ ] Medical Services  [ ] Dental  [ ] Mental Health  [ ] Food Services  [ ] Inmate Services  [ ] CTU

Name Of Person Handling Request / Complaint For Service   [ ] Request For Service  [ ] Personnel Complaint  [ ] Service Complaint  [ ] Other Facility

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ARISTOTLE LYONS,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>LOS ANGELES SUPERIOR COURT - SOUTH DISTRICT; HON. CHET L. TAYLOR; OLAF J. MULLER; KEITH ALLEN FINK; TIA SCHILLER,<br><br>　　　Defendants. | Case No. CV 11-4823-MWF (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: February 1, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

```
CASE NO. 2WA00963                                    PAGE NO. 17
DEF NO.  01                                          DATE PRINTED 02/14/13
```

   PEOPLE'S AMENDED SUPPLEMENTAL SENTENCING BRIEF FILED.

   THE FOLLOWING MOTIONS ARE FILED BY THE DEFENDANT:
   -MOTION TO OVERTURN VERDICT AND DISMISS CASE WITH PREJUDICE.
   -MOTION TO OVERTURN VERDICT AND DISMISS COMPLAINT ON THE GROUNDS
   OF PROSECUTOR/JUDICIAL MISCONDUCT.
   -REQUEST TO STRIKE RECORD OF PEOPLE'S SENTENCING BRIEF UNDER
   EVIDENCE CODE 1200-1400 HEARSAY.
   -MOTION FOR STAY OF EXECUTION OF SENTENCE WHILE ON APPEAL.
   -OBJECTION TO A SENTENCING OF ANY OTHER PLACE THAN COUNTY JAIL.
   DEFENDANT'S SENTENCING BRIEF FILED.

   MATTER CONTINUED TO 7/25/12 ON MOTION OF DEFENDANT.
NEXT SCHEDULED EVENT:
   07/25/12   900 AM   PROBATION AND SENTENCE HEARING   DIST AIRPORT COURTHOUSE
      DEPT 143


ON 07/25/12 AT  900 AM  IN AIRPORT COURTHOUSE DEPT 143

CASE CALLED FOR PROBATION AND SENTENCE HEARING
PARTIES: EDWARD B. MORETON, JR (JUDGE)  SHARON THOMAS  (CLERK)
              JOYCE FREEL       (REP)  MICHELE B. ANDERSON  (CA)
DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   DEFENDANT APPEARS IN PRO PER
   OPPOSITION TO DEFENDANT'S MOTION TO OVERTURN JURY'S VERDICT AND
   DISMISS FILED.
   DEFENDANT'S SECOND SUPPLEMENTAL BRIEF IN RE MOTION FOR NEW
   TRIAL FILED.
   DEFENDANT'S STATEMENT OF FACT IN SUPPORT OF MOTION FOR NEW
   TRIAL FILED.
   THE FOLLOWING DEFENSE MOTIONS ARE FILED AND HEARD AS FOLLOWS:
   -DEFENDANT'S MOTION TO STRIKE THE PEOPLE'S AMENDED SUPPLEMENTAL
   SENTENCING BRIEF UNDER HEARSAY (E.C. 1200-1400) ALSO UNDER
   MISREPRESENTATION OF FACTS NOT IN EVIDENCE VIOLATION OF P.C. 686
   IS GRANTED IN PART AS FURTHER REFLECTED IN THE NOTES OF THE
   COURT REPORTER.
   -DEFENDANT'S REQUEST FOR JUDICIAL NOTICE UNDER 450 E.C. DENIED.
   -DEFENDANT'S REQUEST FOR JUDICIAL NOTICE UNDER 450 E.C. DENIED.
   -DEFENDANT'S MOTION FOR A HEARING AS TO RATHER OR NOT THE PEOPLE
   VIOLATED THE DEFENDANT'S RIGHTS UNDER TITLE VII OF THE CIVIL
   RIGHTS ACT OF 1964 (RETALIATION) IN FILING THIS CASE (2WA00963)
   ON BEHALF OF KEITH FINK AND OLAF MULLER IS DECLINED, THE COURT
   HAVING NO JURISDICTION TO HEAR SAID MATTER.
   -DEFENDANT'S MOTION THAT THE COURT REFER THIS CASE TO THE
   CALIF ATTORNEY GENERAL FOR CRIMINAL PROSECUTION AS TO DEPUTY
   CITY ATTORNEY MICHELE ANDERSON, DETECTIVE C. BANKS, OLAF MULLER,
   AND KEITH ALAN FINK IS DENIED.

   DEFENSE MOTIONS PREVIOUSLY FILED ON 7/18/12 ARE DECIDED AS
   FOLLOWS:
   -MOTION TO OVERTURN JURY VERDICT AND DISMISS CASE WITH PREJUDICE
   IS DENIED.

PROOF OF SERVICE

ON MARCH 7, 2013 I Gregory A Lyons, Mailed Petitioners Petition for Writ of Habeous Corpus To The Following parties

City Attorney
Appellate Department
200 N Main St
500 City Hall East
Los Angeles Calif
90012

Hon Edward Moreton
Airport Court House
11701 S La Cienga Blvd
Dept 143
Los Angeles Calif 90045

Richard Rome
7100 Hayvenhurst
PHC
Van Nuys Calif 91406

I Declare Under penalty of Perjury that the above is true and Correct this 7th Day of March 2013

<35>





UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TERRY NAFISI**
District Court Executive
and Clerk of Court

**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los Angeles, CA  90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Friday, March 15, 2013

GREGORY A. LYONS, #3375784
TERMINAL ANNEX, 5900-56
P.O. BOX 86164
LOS ANGELES, CA  90086

Dear Sir/Madam:

Your petition has been filed and assigned civil case number       CV13- 1881 MWF (DTB)

Upon the submission of your petition, it was noted that the following discrepancies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at all payment windows where receipts are issued.

[ ] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

[ ] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

[ ] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

[ ] (d) You did not use the correct form.  You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court
      MDAVIS
By: _____
    Deputy Clerk