FILED

2013 MAR 15  PM 3:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. LYONS<br><br>PETITIONER(S)<br><br>V.<br><br>PEOPLE OF THE STATE OF CALIFORNIA<br><br>RESPONDENT(S) | CASE NUMBER:<br><br>**CV13- 1881 MWF (DTB)**<br><br>**NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE**<br>(Petition for Writ of Habeas Corpus / Motion for Extension of Time to File Habeas Corpus Petition) |

Pursuant to General Order 08-05, the within action has been assigned to the calendar of the Honorable Michael Fitzgerald, U.S. District Judge. Pursuant to General Order 05-07, the within action is referred to U.S. Magistrate Judge David T. Bristow, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgement, which shall be mailed to the parties for objections.

Pleadings, motions for extension of time and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Subsequent documents, correspondence and all other matters to be called to the magistrate judge's attention must be submitted and/or filed at the following location:

| ☐ Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | ☐ Southern Division<br>411 West Fourth St., Suite 1053<br>Santa Ana, CA 92701-4516 | ☒ Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |
|---|---|---|

Clerk, U.S. District Court

March 15, 2013                                   By:   MDAVIS
Date                                                         Deputy Clerk