UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| GREGORY A. LYONS, | CASE NUMBER: |
| | CV13-1881-MWF (DTB) |
| PLAINTIFF(S), | |
| v. | ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY: |
| PEOPLE OF THE STATE OF CALIFORNIA, | ☐ FULL FILING FEE |
| DEFENDANT(S). | ☑ INITIAL PARTIAL FILING FEE |

    On _____June 19, 2013_____, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $ ___17.60___ within thirty (30) days to the Clerk of Court.

    The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

    Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

October 16, 2013   _____
Date                          United States Magistrate Judge

---

IFP-1 (03/12)   ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY FULL FILING FEE OR INITIAL PARTIAL FILING FEE