UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 13-01881-MWF (DTB)**                              Date: **March 23, 2015**

Title:  **Gregory A. Lyons v. People of the State of California**

========================================================================
**DOCKET ENTRY**
========================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| D. Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY PRESENT FOR PLAINTIFF(S):              ATTORNEY PRESENT FOR DEFENDANT(S):
    None present                                                                 None present

**PROCEEDINGS: (IN CHAMBERS)**

On March 13, 2015, defendants Fink, Muller, Glaser and Taylor filed a Motion to Have Plaintiff Lyons Declared a Vexatious Litigant and for Pre-filing Orders Forbidding Lyons from Filing New California Lawsuits Without Leave of Court and Posting of Security ("Motion") [Dkt. # 185].  On March 18, 2015, the Court ordered plaintiff to file an Opposition, if any, to the Motion on or before April 2, 2015.  On March 19, 2015, plaintiff filed a "Request for a Sixty Day Extension to File a Response to Defendants, Muller, Fink, Taylors, and Glasers Request (Fourth) to Have Plaintiff Declared a Vexatious Litigant" ("Request").

In the meantime, on March 16, 2015, the District Court accepted the findings, conclusions and recommendations of the Magistrate Judge.  The Court issued an order granting defendants Fink, Muller, Glaser, and Taylor (by joinder) Motion to Dismiss; dismissing with prejudice plaintiff's federal civil rights (claims one and two) against defendants Fink, Muller, Glaser, and Taylor; and declining supplemental jurisdiction over and dismissing without prejudice plaintiff's remaining state law claim (claim three) to plaintiff raising such claim in state court.  It was further ordered that defendants Baca, Galvin, Southerland, Lopez, Garcia, Villanueva, Inguez, Banks, and Lewis were dismissed without prejudice.

MINUTES FORM 11                                                                                           Initials of Deputy Clerk DC
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.:   **CV 13-01881-MWF (DTB)**                                           **March 23, 2015**
　　　　　　**Gregory A. Lyons v. People of the State of California**                      **Page 2**

-----------------------------------------------------------------

　　　As the Court granted the Motion to Dismiss filed by defendants Fink, Muller, Glaser, and Taylor, they are no longer parties to this action and, therefore, lack standing to bring this Motion. Therefore, the Court DENIES defendants' Motion. As the Court has denied defendants' Motion, plaintiff's Request is DENIED as moot.

MINUTES FORM 11                                                        Initials of Deputy Clerk DC
CIVIL-GEN