JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. LYONS, | Case No. CV 13-01881-MWF (DTB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the Order re: Terminating Sanctions,

IT IS ADJUDGED that the action is dismissed pursuant to Fed. R. Civ. P. 37(b)(2) with prejudice.

DATED: August 11, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE